**Motion Granted and Abatement Order filed September 17, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00334-CV**

_____

**BLAKE ENGLISH AND TORIA ENGLISH, Appellants**

**V.**

**EX-CENTRO GROUP, LTD.; SILKHEART, LLC; AND ROBERT SEIDENBERG, Appellees**

**On Appeal from the 353rd District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-14-002220**

## ABATEMENT ORDER

On September 3, appellants filed an unopposed motion to abate this appeal for settlement negotiations. The motion is granted and we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 8, 2020. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.